```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     SOUTHERN DIVISION
```

GREGORY SHANE HEARN                                      PETITIONER

VS.                        CIVIL ACTION NO. 5:05-cv-158(DCB)(JCS)
                                  Criminal No. 5:04-cr-13(Br)(G)

UNITED STATES OF AMERICA                                 RESPONDENT

                              ORDER

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file a response to the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 5:04-cr-13(DCB)(JCS), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 10th day of February, 2006.


                                    <u>S/DAVID BRAMLETTE</u>
                                    UNITED STATES DISTRICT JUDGE