```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION
```

GREGORY SHANE HEARN                                        PETITIONER

VS.                             CIVIL ACTION NO. 5:05cv158-DCB-JCS
                                      CRIMINAL NO. 5:04cr13-DCB

UNITED STATES OF AMERICA                                   RESPONDENT

## FINAL JUDGMENT

This matter came before the Court on the petitioner's Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. § 2255 [**docket entry no. 1** in civil action 5:05cv158 and **docket entry no. 29** in criminal action 5:04cr13], and the Court having denied the motion in a Memorandum Opinion and Order of even date herewith, Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 14th day of May, 2006.


                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE