```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

GREGORY SHANE HEARN                                          PETITIONER

VS.                              CIVIL ACTION NO. 5:05cv158-DCB-JCS
                                    CRIMINAL NO. 5:04cr13-DCB

UNITED STATES OF AMERICA                                     RESPONDENT

## FINAL JUDGMENT

This matter came before the Court on the petitioner's Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. § 2255 [**docket entry no. 1** in civil action 5:05cv158 and **docket entry no. 29** in criminal action 5:04cr13], and the Court having denied the motion in a Memorandum Opinion and Order of even date herewith, Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 14th day of June, 2006.

                                   S/DAVID BRAMLETTE
                                   UNITED STATES DISTRICT JUDGE